UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

STEPHANIE L. DILEO,

    Plaintiff,

v.

COLLECTCORP CORPORATION,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, STEPHANIE L. DILEO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, COLLECTCORP CORPORATION, is a professional corporation and citizen of the State of Arizona with its principal place of business at Suite 260, 455 North 3rd Street, Phoenix, AZ 85004.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

April 27, 2009
…an important message for Stephanie Dileo.  It's Marvin Jared calling.  Give me a call back as soon as you get this message.  My call back number in my office is 1-800-678-3046.  Extension number is 7526.  Need a call back no later than 5:00 PM Eastern Standard Time and your Reference Number is 5613760906423 8:00 PM.

April 28, 2009
This message is for Stephanie Dileo.  My name is Mandisha.  I'm calling regarding a business matter that has been placed in my office.  This matter is

time sensitive and must be addressed.  Please contact me at 1-800-678-3046 Extension 7585.

April 29, 2009
This message is for Stephanie Dileo.  My name is Mandisha.  Ma'am, I'm calling regarding a business matter that has been placed in my office.  This matter is time sensitive and must be addressed.  Stephanie, I do have various options for you regarding this matter.  Please contact me at 1-800-678-3046 Extension 7585.

April 30, 2009
This message is for Stephanie Dileo.  My name is Mandisha.  Ma'am, I'm calling regarding a business matter that has been placed in my office.  This matter is time sensitive and must be addressed.  Please contact me at 1-800-678-3046 Extension 7585.

May 5, 2009
This message is for Stephanie Dileo.  My name is Mandisha.  I'm calling regarding a business matter that has been placed in my office.  Stephanie, I have left numerous messages for you before but you have not responded to them at all.  I do need to speak to you regarding a time sensitive issue.  Please contact me at 1-800-678-3046 Extension 7585.

May 6, 2009
This message is for Stephanie Dileo.  Stephanie, I do need you to get in contact with me at 1-800-678-3046 extension 7513. Now Stephanie, we have been trying to get through to you for quite some time now and I do need you to return my call before, I'm sorry, tomorrow.  I'm in the office 8 AM to 5 PM eastern standard time.  Enough time for you to get this message and return my call. Again my name is (inaudible), I'm calling in regards to your reference # 0906428 sorry 383 that reference number again 090642383 so please do call me back, I do have some available options in regards to this matter, but I need you to contact me on a voluntary basis so we can discuss the matter fully.  Again, please call me back tomorrow; I'll be expecting a call. Thank you.

May 7, 2009
This message is for Stephanie Dileo.   Stephanie, I do need you to get in contact with me at 1-800-678-3046 Extension 7513.  My name is (inaudible).  I'm calling in regards to your Reference No. 090642383.  This

matter does need your immediate attention and I do need you to get in contact with me today before 5:00 PM Eastern Standard Time.  I'm in the office from 8:00 AM to 3:00 PM Eastern Standard Time tomorrow.  This is enough time for you to get this message and return my call.  Again, my name is (inaudible) and I'm calling from 1-800-678-3046 Extension 7513.  Thank you.

May 9, 2009

This message is for Stephanie Dileo.  Ms Dileo, my name is Mr. Doshi and I'm calling you regarding a business matter, which has been placed in my office.  I have left several messages but I haven't heard from you so please contact me at 1-800-678-3046 and my Extension is 7586.  Once again, this message is for Stephanie Dileo.

May 12, 2009

This is an important message for Stephanie.  This is Lloyd calling here and it is very important that I do speak to you.  Just keep in mind, this is not a sales or soliciting call.  This matter is time sensitive and requires your immediate attention.  I actually got some options here on the table that you may want to take advantage of and some good options that you will also want to hear.  Please give me a call.  My number here is 1-800-678-3046 Extension 70514.  When you call in, please Reference Number 090642383.  As I said, it is very important that I do speak to you to have this matter resolved.  Thank you.

May 14, 2009

This message is for Stephanie Dileo.  Stephanie, I do need you to get in contact me with me tomorrow.  I'm in the office from 8:50 AM till 3:00 PM Eastern Standard Time.  Now I do have some new available options in regards to this matter in my office for you but I need for you to contact me on a voluntary basis.  That way this matter will be resolved.  My name is (inaudible),  I'm calling in regards to your Reference Number 090642383.  Please do return my call so we can discuss this matter fully.  Thank you.

May 16, 2009

This message is for Stephanie Dileo.  My name is Mandisha, I'm calling regarding a business matter that has been placed in my office.  This matter is time sensitive and must be addressed.  Please contact me at 1-800-678-3046 Extension 7585.

May 19, 2009

This message is for Stephanie Dileo.  Stephanie, I've been trying to get you too for quite some time now and I do need you to return my call tomorrow.  I'm in the office from 8:50 am till 5:00 PM Eastern Standard Time.  Now, Stephanie I do have some new available options that you need to be taking advantage of at this moment.  My name is Jeffrey Oliver and I'm calling in regards to your Reference Number 099642383.  Now Stephanie please do call me back so we can discuss this matter fully.  Again, my phone number.  It's 1-800-678-3046 Extension 7513.  Keep in mind that I do have some new available options that you need to take advantage of.  Thank you.

May 21, 2009
This message is for Stephanie Dileo.  Stephanie, I do need you to get in contact with me at 1-800-678-3046 Extension 7513.  I've been trying to get you for quite some time now and I do need you to return my call today.  I'm in the office till 5:00 PM Eastern Standard Time.  Tomorrow, I'm also in the office from 8:15 AM till 3:00 PM Eastern Standard Time so please do return my call so we can discuss this matter fully.  I do have some new available options that you need to be taking advantage of at this moment.  My name is Jeffrey Oliver calling in regards to your Reference Number 090642383.  Please do return my call.  Thank you.

June 2, 2009
Message is for Stephanie Dileo.  My name is Mandisha.  I'm calling regarding a business matter that has been placed in my office.  This matter is time sensitive and most addressed.  Please contact me at 1-800-678-3046 Extension 7585.

June 10, 2009
Good Day.  This message is intended for Stephanie Dileo.  If it is not Stephanie Dileo or other parties can listen to this message, please disconnect this call as it contains personal and prior information.  By continuing to listen to this message, you acknowledge that you are Stephanie Dileo and no one else is listening.  There will be a 3 second pause to reconfirm.  My name is Andre Simpson.  I'm calling from Collectcorp.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  My toll free number is 1-800-678-3046 Extension 7517.  This is in regards to Reference Number D730906433.  I'm available between the hours of 8:30 AM and 12:00 PM today Eastern Standard Time.  Thank you.

June 17, 2009

Good Day.  This message is intended for Stephanie Dileo.  If it is not Stephanie Dileo or other parties are listening to this message, please disconnect this call as it contains personal and private information.  By continuing to listen to this message, you acknowledge that you are Stephanie Dileo and no one else can hear the message.  There will be a 3 second pause to reconfirm.  My name is Andre Simpson.  I'm calling from Collectcorp.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  My toll free number is 1-800-678-3046 Extension 7517.  This is in regards to Reference Number D73090642383.  I'm available between the hours of 8:30 AM and 5:00 PM today Eastern Standard Time as well as tomorrow.  Thank you.

June 22, 2009 – Pre-Recorded Message
This message is for Stephanie L. Dileo.  If you are Stephanie L. Dileo or if other parties can listen into this message since it contains personal and private information, you should disconnect this call.  By continuing to listen, you acknowledge you are Stephanie L. Dileo and no one else can hear this message.  There will be a 3 second pause to reconfirm.  This is Collectcorp calling in reference to a personal business matter.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  If you are Stephanie L. Dileo, please contact our office at 800-678-3046 quoting your Reference Number 90642383 and speak with one of our analysts to discuss the options available to you at this time.  Again, the number is 800-678-3046.  Thank you and we look forward to your call.

June 29, 2009
This message is intended for Stephanie Dileo.  If this is not Stephanie Dileo or if other parties can listen into this message, please disconnect this call.  By continuing to listen to the message, you acknowledge that you are Stephanie Dileo and no one else is listening.  There will be a 3 second pause to reconfirm.  My name is Mr. Ricardo.  I'm calling from Collectcorp.  It is an attempt to collect a debt and any information obtained will be used for that purpose.  Toll free number is 1-800-678-3046 at Extension 7510.  It's regards to Reference Number 783-090642383 between the hours of 11:30 and 9:00 PM Eastern Standard Time this evening today June 29th.

July 9, 2009 – Pre-Recorded Message
This message is for Stephanie L. Dileo.  If you are Stephanie L. Dileo or if other parties can listen into this message since it contains personal and private information, you should disconnect this call.  By continuing to listen,

6

you acknowledge you are Stephanie L. Dileo and no one else is listening. There will be a 3 second pause to reconfirm. This is Collectcorp calling in reference to a personal business matter. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If you are Stephanie L. Dileo, please contact our office at 800-678-3046 quoting your Reference Number 90642383 and speak with one of our analysts to discuss the options available to you at this time. Again, the number is 800-678-3046. Thank you and we look forward to your call.

July 16, 2009 – Pre-Recorded Message
This message is for Stephanie L. Dileo. If you are Stephanie L. Dileo or if other parties can listen into this message since it contains personal and private information, you should disconnect this call. By continuing to listen, you acknowledge you are Stephanie L. Dileo and no one else can hear this message. There will be a 3 second pause to reconfirm. This is Collectcorp calling in reference to a personal business matter. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If you are Stephanie L. Dileo, please contact our office at 800-678-3046 quoting your Reference Number 90642383 and speak with one of our analysts to discuss the options available to you at this time. Again, the number is 800-678-3046. Thank you and we look forward to your call.

August 3, 2009 at 1:54 PM – Pre-Recorded Message
This message is for Stephanie L. Dileo. If you are Stephanie L. Dileo or if other parties can listen in to this message since it contains personal and private information, you should disconnect this call. By continuing to listen, you acknowledge you are Stephanie L. Dileo and no one else can hear this message. There will be a three second pause to reconfirm. This is Collectcorp calling in reference to a personal business matter. Collectcorp is a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If you are Stephanie L. Dileo, please contact our office at 800-678-3046 quoting your reference number 90642383 and speak with one of our analysts to discuss the options available to you at this time. Again, the number is 800-678-3046. Thank you and we look forward to your call.

August 3, 2009 at 6:35 PM – Pre-Recorded Message
This message is for Stephanie L. Dileo. If you are Stephanie L. Dileo or if other parties can listen in to this message since it contains personal and private information, you should disconnect this call. By continuing to listen,

you acknowledge you are Stephanie L. Dileo and no one else can hear this message. There will be a three second pause to reconfirm. This is Collectcorp calling in reference to a personal business matter. Collectcorp is a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If you are Stephanie L. Dileo, please contact our office at 800-678-3046 quoting your reference number 90642383 and speak with one of our analysts to discuss the options available to you at this time. Again, the number is 800-678-3046. Thank you and we look forward to your call.

August 3, 2009 at 6:36 PM – Pre-Recorded Message
This message is for Stephanie L. Dileo. If you are Stephanie L. Dileo or if other parties can listen in to this message since it contains personal and private information, you should disconnect this call. By continuing to listen, you acknowledge you are Stephanie L. Dileo and no one else can hear this message. There will be a three second pause to reconfirm. This is Collectcorp calling in reference to a personal business matter. Collectcorp is a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If you are Stephanie L. Dileo, please contact our office at 800-678-3046 quoting your reference number 90642383 and speak with one of our analysts to discuss the options available to you at this time. Again, the number is 800-678-3046. Thank you and we look forward to your call.

August 13, 2009 – Pre-Recorded Message
This message is for Stephanie L. Dileo. If you are Stephanie L. Dileo or if other parties can listen in to this message since it contains personal and private information, you should disconnect this call. By continuing to listen, you acknowledge you are Stephanie L. Dileo and no one else can hear this message. There will be a three second pause to reconfirm. This is Collectcorp calling in reference to a personal business matter. Collectcorp is a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If you are Stephanie L. Dileo, please contact our office at 800-678-3046 quoting your reference number 90642383 and speak with one of our analysts to discuss the options available to you at this time. Again, the number is 800-678-3046. Thank you and we look forward to your call.

August 16, 2009 – Pre-Recorded Message

This message is for Stephanie L. Dileo. If you are Stephanie L. Dileo or if other parties can listen in to this message since it contains personal and private information, you should disconnect this call. By continuing to listen, you acknowledge you are Stephanie L. Dileo and no one else can hear this message. There will be a three second pause to reconfirm. This is Collectcorp calling in reference to a personal business matter. Collectcorp is a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If you are Stephanie L. Dileo, please contact our office at 800-678-3046 quoting your reference number 90642383 and speak with one of our analysts to discuss the options available to you at this time. Again, the number is 800-678-3046. Thank you and we look forward to your call.

September 10, 2009 – Pre-Recorded Message
This message is for Stephanie L. Dileo. If you are Stephanie L. Dileo or if other parties can listen in to this message since it contains personal and private information, you should disconnect this call. By continuing to listen, you acknowledge you are Stephanie L. Dileo and no one else can hear this message. There will be a three second pause to reconfirm. This is Collectcorp calling in reference to a personal business matter. Collectcorp is a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If you are Stephanie L. Dileo, please contact our office at 800-678-3046 quoting your reference number 90642383 and speak with one of our analysts to discuss the options available to you at this time. Again, the number is 800-678-3046. Thank you and we look forward to your call.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

14. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

16. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20.    Plaintiff incorporates Paragraphs 1 through 17.

21.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22. Plaintiff incorporates Paragraphs 1 through 17.

23. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

24. Plaintiff incorporates Paragraphs 1 through 17.

25. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT V
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26. Plaintiff incorporates Paragraphs 1 through 17.

27. Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

13

28. Plaintiff incorporates Paragraphs 1 through 17.

29. By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

30. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

31. Plaintiff incorporates Paragraphs 1 through 17.

32. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant's calls violate the TCPA;

    c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com

By: <u>s/ Donald A. Yarbrough</u>
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

16