UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60644-CIV-DIMITROULEAS

STEPHANIE L. DILEO,

Magistrate Judge Snow

    Plaintiff,

vs.

COLLECTCORP CORPORATION,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal with Prejudice [DE 11], filed herein on February 7, 2011. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE 11] is hereby **APPROVED**;

2. This action is hereby **DISMISSED with prejudice**, with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties;

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of February, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record